UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH CALLES AND MERSIHA RAMIC, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS<br><br>v.<br><br>ORTHOPAEDIC ASSOCIATES, LLP AND ALAN J. RECHTER, MD, INDIVIDUALLY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-cv-03754 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Elizabeth Calles and Mersiha Ramic, individually, and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Orthopaedic Associates, LLC and Alan J. Rechter, MD, file this Joint Stipulation of Dismissal With Prejudice.

1. The parties move to dismiss this lawsuit.

2. This case is not a class action, and a receiver has not been appointed.

3. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

4. The parties have not dismissed an action based on or including the same claim or claims as those presented in this lawsuit.

5. The dismissal is with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Respectfully submitted,

**DUNHAM JONES P.C.**

By: /s Douglas B. Welmaker
    Douglas B. Welmaker
    Attorney at Law
    Texas Bar No. 00788641
    doug@dunhamlaw.com
    1800 Guadalupe Street
    Austin, Texas 78701
    Telephone:     512-777-7777
    Facsimile:      512-340-4051

**ATTORNEY FOR PLAINTIFFS**

**GORDON & REES, LLP**

By: /s/ Cristina Guerrero
    Cristina Guerrero
    Texas Bar No. 24058860
    cxguerrero@grsm.com
    1900 West Loop South, Suite 1000
    Houston, Texas 77027
    Telephone:  (713) 490-4850
    Facsimile:  (713) 961-3938

**ATTORNEYS FOR DEFENDANTS**